IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>CLAUDIA OSIRIS LINDEMAN,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 18-01721<br><br>**ORDER** |
|---|---|

The matter before the Court is a Consent Motion to Extend Time to Object to Exemptions. The Motion recites that the Debtor consents to the relief requested. IT IS THEREFORE ORDERED, the Trustee and only the Trustee, is hereby granted through and including June 7, 2019, to object to the exemptions claimed by the Debtor.

DATED AND ENTERED: April 1, 2019.

_____
Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Eric W. Lam, AT0004416
Attorney for Trustee

RHTE Lindeman/Pldgs/BA 18-01721 Drafts/Order re Mtn to Extend Time to Obj to Exemption.032919.222p.ewl